LYONS LAW FIRM
Keith M. Lyons Jr.
Nevada State Bar #004682
512 South 8th Street
Las Vegas, NV 89101
Telephone:  (702) 432-8655
Facsimile: (702) 432-8715
Email: klyons@lyonslawfirm.net

GREGORY W. STEVENS
*(Admitted* Pro Hac *Vice)*
Cottonwood Corporate Center
2825 East Cottonwood Parkway
Suite 500
Salt Lake City, UT 84121-7060
Telephone:  (801) 990-3388
Facsimile:  (801) 606-7378
Email:  utlaw@aol.com

*Attorneys for Plaintiff*
*Adrian A. Sampson*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN A. SAMPSON, | Case No.  2:13-CV-01321-MMD-NJK |
| *Plaintiff*, | **STIPULATED APPLICATION TO EXTEND DISCOVERY DEADLINES AND REVISED SCHEDULING ORDER** |
| vs. | |
| IMAGE 2000, INC., | |
| *Defendant*. | |

In accordance with LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate to and request that the Court extend the existing discovery cutoff deadline, the due date for dispositive motions and the due date for filing a pretrial order by 30 days.  As grounds for this application, the parties state as follows:

  1. <u>Discovery Completed to Date</u>:  The parties have been diligently pursuing discovery in this action.  The parties have served Initial Disclosures, including, for both parties, the production of a substantial number of documents.  The

Plaintiff served written discovery requests and the Defendant has responded to those requests. The Defendant also later served written discovery requests and the Plaintiff is in the process of preparing a response and collecting documents in response to those requests. Neither party has disclosed or needs to disclose an expert witness. On March 12, 2014, the parties filed an Interim Status Report, noting the potential need to extend the discovery cut-off date to accommodate the scheduling of depositions.

2. Discovery Remaining: Depositions of the Plaintiff and personnel employed by the Defendant remains to be completed.

3. Reasons for Inability to Complete: The parties are in the process of completing their written discovery and document production obligations. They anticipate the need to complete approximately five depositions. Accommodating the schedules of the witnesses, many of which are out-of-State, and their counsel requires additional time beyond the date set forth in the original Scheduling Order.

4. Discovery Plan: The parties propose the following revised discovery plan:

   A. Discovery Cut-Off Date:  **Friday, June 14, 2014**.

   B. Dispositive Motions:  All dispositive motions shall be filed no later than **Friday, July 11, 2014**.

   C. Pretrial Order:   The parties shall file a joint pretrial order no later than **Friday, August 14, 2014**. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motion(s) or further order of the Court. The disclosure required by Federal Rule of Civil Procedure 26(a)(3) and objections thereto shall be made in the pre-trial order.

Respectfully submitted this 20th day of March 2014:

>  /s/ Gregory W. Stevens
> GREGORY W. STEVENS
> Admitted *Pro Hac Vice*
>
> KEITH M. LYONS JR.
> Nevada State Bar #004682
> 512 S. 8th Street
> Las Vegas, Nevada 89101
> *Attorneys for Plaintiff*

APPROVED AS TO FORM AND CONTENT:

*/s/ Berna L. Rhodes-Ford*
Nevada Bar No. 7879
Rhodes-Ford & Associates, P.C.
8485 West Sunset Road, Suite 106
Las Vegas, NV 89113
Telephone: (702) 684-6262
Facsimile: (702) 534-4000

*Attorneys for Defendant*
*Image 2000, Inc.*


**IT IS SO ORDERED** this 20th day of March 2014:

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE