BERNA L. RHODES-FORD
Nevada Bar No. 007879
berna.rhodes-ford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN A. SAMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>IMAGE 2000, INC.,<br><br>    Defendant. | Case No.: 2:13-CV-01321-MMD-NJK<br><br>**SUBSTITUTION OF ATTORNEY** |

Image 2000, Inc., Defendant, hereby substitutes the law firm of Rhodes-Ford & Associates, P.C. as attorney of record in place and stead of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

DATED this 27th day of February, 2015.

IMAGE 2000, INC.

By _____

Its: _President_

. . .

. . .

. . .

. . .

. . .

I consent to the above substitution.

Dated this 8th day of April, 2015.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

_____
Anthony L. Martin
Nevada Bar No. 8177
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888
*Attorneys for Defendant*

I am duly admitted to practice in this District.  Above substitution accepted.

Dated this 17th day of February, 2015.

RHODES-FORD & ASSOCIATES, P.C.

_____
Berna L. Rhodes-Ford
Nevada Bar No. 7879
8485 W. Sunset Road, Ste. 106
Las Vegas, NV 89113
Telephone: 702.684.6262
Fax: 702.534.4000
*Attorneys for Defendant*

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED:_ April 9, 2015           _____
                                UNITED STATES MAGISTRATE JUDGE

2