UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADRIAN A. SAMPSON, ) <br> ) <br>         Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> IMAGE 2000, INC., ) <br> ) <br>         Defendant(s). ) <br> _____) | Case No. 2:13-cv-01321-MMD-NJK <br><br> ORDER <br><br> (Docket No. 31) |

On April 28, 2015, the Court scheduled a settlement conference in this case for June 29, 2015. Docket No. 30. The Court also ordered that any request to reschedule that settlement conference had to be made in writing within 14 days of the issuance of that order. Docket No. 30. The parties have complied and filed a stipulation with five mutually agreeable dates for the settlement conference. Docket No. 31. Due to the Court's busy schedule, the Court's calendar is already booked for the five dates provided by the parties. Accordingly, the Court hereby **VACATES** the settlement conference set for June 29, 2015. The parties are **ORDERED** to file a stipulation with another set of five mutually agreeable dates for the settlement conference, no later than May 8, 2015.

IT IS SO ORDERED.

DATED: May 1, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge